IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| **CHARLES MYRON TAYLOR, II,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 4:24-cv-105-CDL-AGH |
| Governor **BRIAN P. KEMP,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER TO SHOW CAUSE

Plaintiff Charles Myron Taylor, II, an inmate in the Valdosta State Prison Annex in Valdosta, Georgia, filed a 42 U.S.C. § 1983 complaint.  Compl., ECF No. 1.  Plaintiff was then ordered to either pay the filing fee or move for leave to proceed without paying the filing fee.  Order 1-2, ECF No. 4.  Plaintiff was given fourteen days to comply and was cautioned that his failure to do so could result in the dismissal of this case.  *Id.*

More than fourteen days have passed since that Order was entered, and Plaintiff has not paid the filing fee or moved for leave to proceed without paying the fee.  Instead, Plaintiff filed a document, which he titled "Notification of Record To Courts[.]"  ECF No. 5.  This document is largely incomprehensible, as it is filled with improperly used legal jargon and nonsensical phrases and requests.  *See, e.g.,* Notice 2, 4, ECF No. 5.  At one point in this filing, Plaintiff requests a change of venue, but Plaintiff does not set forth any basis for changing the venue of this case.  Thus, to the extent that this document may be read as a motion for a change of venue, it is **DENIED**.

Plaintiff also claims that his affairs have been improperly managed by others and that he is asserting full control over his affairs. Notice 1. But nothing in Plaintiff's filing shows why he has failed to pay the filing fee or move for leave to proceed without paying the fee. Therefore, Plaintiff is now **ORDERED** to **RESPOND and SHOW CAUSE** to the Court why this case should not be dismissed based on his failure to comply with the July 29 Order. Plaintiff shall have **FOURTEEN (14) DAYS** from the date of this order to file his response. Plaintiff's failure to fully and timely respond to this order will likely result in the dismissal of this case. There will be no service in this case pending further order of the Court.

**SO ORDERED**, this 5th day of September, 2024.

 s/ *Amelia G. Helmick*
UNITED STATES MAGISTRATE JUDGE